UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DIVINE C. ALLAH,

                            Plaintiff,                        DECISION AND ORDER

                                                                      05-CV-6050L

                        v.

THOMAS POOLE, Superintendent
of Five Points Correctional
Facility, Individually and in his official
capacity, et al.,

                            Defendants.
_____

      Plaintiff's motion (Dkt. #29) to reconsider this Court's denial of plaintiff's motion for appointment of counsel is denied.

      IT IS SO ORDERED.

                                                _____
                                                   DAVID G. LARIMER
                                              United States District Judge

Dated: Rochester, New York
       July 8, 2008